EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Chris.Thomas@usdoj.gov

             IN THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF HAWAII


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00494-02 SOM |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | HEARING ON GOVERNMENT'S MOTION |
| vs. | ) | FOR REDUCTION OF SENTENCE FOR |
| | ) | SUBSTANTIAL ASSISTANCE |
| JACOB LYMAN    (02) | ) | PURSUANT TO F.R.CR.P. |
| | ) | 35(B)(1)(a) |
| Defendant. | ) | |
| | ) | |

**STIPULATION TO CONTINUE HEARING ON GOVERNMENT'S MOTION FOR
REDUCTION OF SENTENCE FOR SUBSTANTIAL ASSISTANCE
PURSUANT TO F.R.CR.P. 35(B)(1)(a)**

         IT IS HEREBY STIPULATED AND AGREED between the parties,

the United States of America by and through Assistant U.S.

Attorney Chris A. Thomas, and the Defendant, Jacob Lyman, by and

through his attorney, David Bettencourt, Esq., and the parties

respectfully request that the Court approve a continuance of the

hearing date on Government's Motion for Reduction of Sentence for

Substantial Assistance Pursuant to F.R.CR.P. 35(B)(1)(a), filed

March 2, 2006, in this case which was set for May 16, 2006, at

9:45 a.m. before the Honorable Judge Susan O. Mollway, to

June 13, 2006 at 3:45 p.m. before the Honorable Judge Susan O.

Mollway.

DATED: _____ May 30, 2006 _____, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Chris A. Thomas
CHRIS A. THOMAS
Assistant U.S. Attorney


 /s/ David Bettencourt
DAVID BETTENCOURT
Attorney for Defendant
JACOB LYMAN


THE COURT SO FINDS,
APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, May 31, 2006.



_____
Susan Oki Mollway
United States District Judge

U.S. v. Jacob Lyman
Cr. No. 03-00494-02 SOM
"Stipulation to Continue Hearing on Government's Motion for
Reduction of Sentence for Substantial Assistance Pursuant to
F.R.Cr.P. 35(b)(1)(a)"