EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

CHRIS A. THOMAS      #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00494-02 SOM |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING AND ORDER |
| vs. | ) | |
| | ) | |
| JACOB LYMAN,          (02) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION TO CONTINUE SENTENCING AND ORDER**

IT IS HEREBY STIPULATED AND AGREED between the parties, the United States of America by and through Assistant U.S. Attorney Chris A. Thomas, and the Defendant, Jacob Lyman, by and through his respective attorney, David Bettencourt, Esq., and the parties respectfully requests, that the Court approve a continuance of the sentencing date in this case that was set for

June 13, 2006, at 3:45 p.m. before the Honorable Susan Oki Mollway to July 17, 2006 at 1:30 p.m. before the Honorable Susan Oki Mollway.

        DATED:      June 30, 2006      , at Honolulu, Hawaii.

                          EDWARD H. KUBO, JR.
                          United States Attorney
                          District of Hawaii


                        By /s/ Chris A. Thomas
                            CHRIS A. THOMAS
                            Assistant U.S. Attorney


                            /s/ David Bettencourt
                            DAVID BETTENCOURT
                            Attorney for Defendant
                              JACOB LYMAN

THE COURT SO FINDS,
APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, June 30, 2006.



                            _____
                            Susan Oki Mollway
                            United States District Judge



U.S. V. JACOB LYMAN
Cr. No. 03-00494-02 SOM
"Stipulation to Continue Sentencing and Order"