# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/26/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 03-00494SOM

CASE NAME:        USA vs. ( 02) Jacob Lyman

ATTYS FOR PLA:    Chris Thomas

ATTYS FOR DEFT:   02 David Bettencourt

INTERPRETER:

|   |   |   |   |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 7/26/2006 | TIME: | 9:00 - 9:35 |

COURT ACTION:  EP: Motion for Reduction of Sentence -

Defendant (02) Jacob Lyman present and in custody.

Arguments.

Defendant addressed the Court.

Motion for Reduction of Sentence - Granted.

ADJUDGED:

Imprisonment: 78 Months.

Supervised Release: 4 Years.

Special Assessment: $100.00.

Court reimposes the same conditions of supervised release with 2 modifications.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

Defendant stated a legal challenge to the sentence proposed by the Court.

JUDICIAL RECOMMENDATIONS:   1) Englewood; 2) Drug Treatment; 3) Vocational and Educational Programs.

Mr. Thomas to prepare the order.

Defendant advised of his right to appeal

Mittimus forthwith.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.