EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI   #2286
Chief, Narcotics Section

CHRIS A. THOMAS       #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Chris.Thomas@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00494-02 SOM |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| JACOB LYMAN,        (02) | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that the Order Granting the Government's Motion for Reduction of Sentence for Substantial Assistance Pursuant to F.R.CR.P. 35(b)(1)(A) was submitted to Judge Susan O. Mollway for signature and was served on the following counsel on July 27, 2006:

Served by First Class mail:

David Bettencourt, Esq.
735 Bishop Street, Suite 425
Honolulu, Hawaii 96813

    DATED: July 27, 2006, at Honolulu, Hawaii.


                                    /s/ Janice Tsumoto


UNITED STATES v. JACOB LYMAN
Cr. No. 03-00494-02 SOM
"Certificate of Service"