David Bettencourt 970
735 Bishop St
521-3441

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 10 2006

at 3 o'clock and 40 min P M
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB LYMAN    (02)<br><br>Defendant. | ) CR. NO. 03-1-00494-02 SOM<br>)<br>) NOTICE OF HEARING MOTION;<br>) DEFENDANT JACOB LYMAN'S<br>) EMERGENCY MOTION FOR<br>) TEMPORARY EMERGENCY<br>) RESTRICTED RELEASE ON BAIL<br>) AND IN THIRD-PARTY CUSTODY<br>) TO ATTEND HIS MOTHER'S<br>) FUNERAL SERVICES ON 12<br>) AUGUST 2006; DECLARATION OF<br>) DAVID GLENN BETTENCOURT;<br>) CERTIFICATE OF SERVICE<br>) |

## NOTICE OF HEARING MOTION

TO:  MR. CHRIS A. THOMAS
     Assistant U.S. Attorney
     Room 6100, Prince Jonah K. Kuhio Bldg.
     300 Ala Moana Blvd., Box 50183
     Honolulu, Hawaii  96850

     Attorney for the Plaintiff
     UNITED STATES OF AMERICA

   PLEASE TAKE NOTICE that the undersigned will bring "Defendant Jacob Lyman's Emergency Motion For Temporary Emergency Restricted Release On Bail And In Third-Party Custody To Attend His Mother's Funeral Services On 12 August 2006" on for hearing before Magistrate Judge Kevin S.C. Chang of the above-entitled Court, in his courtroom at the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on Friday

the 10th day of August 2006 at 2:00 o'clock p.m., or as soon thereafter as counsel can be heard.

    DATED: Honolulu, Hawaii, 9 August 2006.

                                                  DAVID GLENN BETTENCOURT
                                                Attorney for Defendant
                                                JACOB LYMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff,<br><br>vs.<br><br>JACOB LYMAN    (02)<br><br>   Defendant. | ) CR. NO. 03-1-00494-02 SOM<br>)<br>) DEFENDANT JACOB LYMAN'S<br>) EMERGENCY MOTION FOR<br>) TEMPORARY EMERGENCY<br>) RESTRICTED RELEASE ON BAIL<br>) AND IN THIRD-PARTY CUSTODY<br>) TO ATTEND HIS MOTHER'S<br>) FUNERAL SERVICES ON 12<br>) AUGUST 2006<br>)<br>) |

**DEFENDANT JACOB LYMAN'S EMERGENCY MOTION FOR
TEMPORARY EMERGENCY RESTRICTED RELEASE ON BAIL
AND IN THIRD-PARTY CUSTODY TO ATTEND HIS MOTHER'S
FUNERAL SERVICES ON 12 AUGUST 2006**

COMES NOW Defendant JACOB LYMAN, a sentenced defendant presented housed at the Federal Detention Center-Honolulu (FDC-HNL) awaiting Bureau of Prisons designation, by and through his counsel, David Glenn Bettencourt, and moves this Honorable Court for an Order allowing his temporary emergency restricted release on bail and in third-party custody to attend his mother's funeral services on 12 august 2006, as follows:

  1. Defendant JACOB LYMAN to be released on 12 August 2006 between the hours of 6:30 a.m. and 3:30 p.m. on signature of $200,000.00 co-signed and guaranteed by his father Kenneth J. Lyman;

Defendant JACOB LYMAN to be allowed only to travel from FDC-HNL to Saint Ann's Church, 46-129 Haiku Road, Kaneohe, Hawaii, and then to return to FDC-HNL, at all times in the close custody of his father Kenneth J. Lyman;

2. Defendant JACOB LYMAN to obey all rules of conduct which would be applicable to him as if he was in the custody of the Bureau of Prisons and the United State's Marshal's Service; and,

3. Defendant JACOB LYMAN's father Kenneth J. Lyman is willing to secure said bond, if time permits to prepare and file the appropriate documents, by his personal residence situate at 45-537 Duncan Drive, Kaneohe, Hawaii (T.M.K. No. 4-5-43-44) valued at greater than $500,000 with an outstanding first mortgage on $238,000.00 in favor of American Savings Bank F.S.B.;

Defendant JACOB LYMAN makes this motion of the following grounds:

a. Defendant JACOB LYMAN has cooperated fully with the government in this matter and has received a further reduction in sentence from Judge Susan Oki Mollway on 26 July 2006 in consideration of his cooperation;

b. Defendant JACOB LYMAN has attempted for the past two weeks to process an application for release through the Bureau of Prisons, but was informed on 9 August 2006 that said Bureau of Prisons had not jurisdiction or authority to approve such a release on the ground that he is technically in the custody of the United State's Marshal's Service;

c. The Office of the United States Attorney for the District of Hawaii has adopted a new office policy that they cannot approve and stipulate to any such release as is being requested, but must instead completely defer to the position taken in each case by the United State's Marshal's Service; and,

d. Defendant JACOB LYMAN has from the very instant of his arrest taken responsibility for his conduct, has answered the government's interrogation questions fully and honestly, has had no discipline of any kind subsequent to his arrest, and is not and never was considered a flight risk;

This Motion is made pursuant to Rules 12.1, 46.1, 46.2, 46.3, 57.1, 57.2, of the Criminal Local Rules, and is based upon the attached Declaration of David Glenn Bettencourt, the sealed sentencing documents on file with this Court, the

2

evidence and testimony to be adduced at the hearing upon this motion, and the Court's records and files.

    DATED: Honolulu, Hawaii, 9 August 2006

                              DAVID GLENN BETTENCOURT
                              Attorney for Defendant
                              JACOB LYMAN