# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/11/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:         CR03-00494SOM

CASE NAME:           USA v. (02) Jacob Lyman

ATTYS FOR PLA:       Chris Thomas

ATTYS FOR DEFT:      (02) David Bettencourt

INTERPRETER:

JUDGE:    Kevin S. C. Chang           REPORTER:    FTR C5

DATE:     8/11/2006                   TIME:        2:03-2:13:51pm

COURT ACTION:  EP:  Defendant (02) Jacob Lyman's Emergency Motion for Temporary Emergency Restricted Release on Bail and in Third-Party Custody to Attend his Mother's Funeral Services - defendant present, in custody.

Government objects to release.  Motion denied.  Government to prepare the order.

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager