# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/11/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR03-00494SOM |
| CASE NAME: | USA v. (02) Jacob Lyman |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (02) David Bettencourt |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 8/11/2006 | TIME: | 3:05-3:22:43pm |

COURT ACTION:  EP: Further Hearing on Defendant (02) Jacob Lyman's Emergency Motion for Temporary Emergency Restricted Release on Bail and in Third-Party Custody to Attend his Mother's Funeral Services - defendant present, in custody.

This is a further hearing on defendant's motion for emergency release.  Court will treat this as a hearing for reconsideration.  Counsel for the Federal Detention Center, Amy Standefer, is appearing by telephone.  Ms. Standefer confirmed that defendant is under the care and custody of the USMS which is based on the interagency agreement between BOP and the USMS.

Based on the new information from Ms. Standefer, the court will reconsider the request and grant the Emergency Motion for Release.

Defendant to be released on the following terms/conditions:

Defendant to be released on a bond in the amount of $50,000, co-signed by Kenneth J. Lyman (father) and secured by a security mortgage on the property located at 45-541 Duncan Drive, Kaneohe, Hawaii.

The defendant is placed in the Third Party Custodianship of: Kenneth J. Lyman, 45-541 Duncan Drive, Kaneohe, Hawaii 96744.  The defendant must be in the presence of Mr. Lyman at all times.

(7b)    Comply with pretrial services supervision, and abide by all conditions of release as

        directed by Pretrial Services.

(7g2)  Do not apply for/obtain a passport.

(7h3)  Travel is restricted to: the island of Oahu.

(7j)    Maintain residence with/at: Kenneth J. Lyman (father) at 45-541 Duncan Drive, Kaneohe, Hawaii 96744.

(7s1)  You are prohibited from owning, possessing, or controlling any firearm or ammunition.  Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

(7u)    Do not use illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v1)  Submit to drug detection testing as approved by Pretrial Services.

(7y)    You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

Other Conditions:   Defendant is allowed to go with his father Kenneth Lyman to pay his respects in private with his family but not in the presence of the general public.  Defendant shall not have contact with people outside of his family.

        Defendant to present himself back at FDC on noon on Saturday, August 12, 2006.

        Defendant shall not commit any offense in violation of federal, state, or local law while on release in this case.

        Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Defendant remanded to the custody of the USMS pending processing of paperwork.

Mr. Bettencourt to prepare the order

EO: Defendant's bail is amended to $50,000 unsecured and Mr. Bettencourt to file the unrecorded Second Mortgage with the Clerk's Office.

Submitted by: Shari Afuso, Courtroom Manager