EXHIBIT "A"

All that certain parcel of land (portion of the land described in Land Patent Grant 7679 to John Spiers Walker or his heirs) situate on the northeast side of Kamehameha Highway, southeast of Kaneohe Bay Drive, at Waikalua, Kaneohe, District of Koolaupoko, City and County of Honolulu, described as follows:

LOT THIRTY-THREE (33), area 13,125 square feet, more or less, of the "DUNCAN TRACT EXTENSION", as shown on File Plan No. 409, filed in the Bureau of Conveyances of the State of Hawaii on April 2, 1945.

Being all the property described in the following:

DEED
Dated:          May 24, 1993
Document No.:   93-089272

SUBJECT, HOWEVER, TO THE FOLLOWING:

1. The restrictive covenants relative to the transfer of said property to any alien or corporation as set out is said Land Patent Grant 7679 to John Spiers Walker.

2. Any lien, mortgage, restrictions, conditions, easements or other encumbrances affecting said property which may of record, if any.

6

STATE OF HAWAII                           )
                                          ) SS.
CITY AND COUNTY OF HONOLULU               )

      On this 10th day of August 2006, before me personally appeared Kenneth Joseph Lyman, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

_____
Notary Public, State of Hawaii
Lisa A. Patricio      6-29-07
My commission expires: _____

_____
Kenneth Joseph Lyman
"Mortgagor"

4